UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| FEDERAL MARITIME COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN T. BARBOUR, T/D/B/A BARBOUR AUTO GROUP; BARBOUR SHIPPING; AND BARBOUR SHIPPING AND TRANSPORTATION, INC.<br><br>    Defendant. | No. 15-CV-12326-DLC |

## ORDER

For the reasons stated in the Federal Maritime Commission's motion for a preliminary injunction and in light of the Defendant's assent to that motion, it is hereby:

**ORDERED** that pursuant to 46 U.S.C. § 41307 Defendant, its officers, agents, employees, attorneys, successors, and all those in active concert or participation with them who receive actual notice of this Order are enjoined until 10 days after a final order is issued in Federal Maritime Commission Docket No. 15-03 from acting or operating as a non-vessel-operating common carrier <u>unless</u> Defendant meets the qualifications for and obtains a valid Commission license to operate as a non-vessel-operating common carrier; furnishes a bond, proof of insurance or other surety in the amount of $75,000; and publishes a tariff of its rates, charges, classifications, rules and practices.

**ORDERED** the response date to the complaint, if any is needed, is extended until a period of five days after the completion of the administrative adjudication, FMC Docket No. 15-03, <u>John T. Barbour – Possible Violations of Section 19 of the Shipping Act of 1984 and the Commission's regulations at 46 C.F.R. Part 515</u>.

Dated the 27th day of July, 2015.

                                        /s/ Donald L. Cabell
                              THE HONORABLE DONALD L. CABELL
                              UNITED STATES MAGISTRATE JUDGE